B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Peeble Creek Landscaping, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3704209** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**13901 South Lagrange Road**<br>**Chicago, IL**<br>ZIP Code **60642** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7  ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12  ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Peeble Creek Landscaping, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Peeble Creek Landscaping, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Thomas W. Toolis**
Signature of Attorney for Debtor(s)

**Thomas W. Toolis 6270743**
Printed Name of Attorney for Debtor(s)

**Jahnke, Sullivan & Toolis, LLC**
Firm Name

**9031 West 151st Street**
**Suite 203**
**Orland Park, IL 60462**

Address

**Email: twt@jtlawllc.com**
**708-349-9333  Fax: 708-349-8333**
Telephone Number

**September 17, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Mark Holda**
Signature of Authorized Individual

**Mark Holda**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 17, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Peeble Creek Landscaping, Inc.**     Case No.
                    Debtor(s)         Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Arete 3 Ltd**<br>**18645 South West Creek Drive**<br>**Tinley Park, IL 60477** | **Arete 3 Ltd**<br>**18645 South West Creek Drive**<br>**Tinley Park, IL 60477** | | | **6,000.00** |
| **Berton Ring** | **Berton Ring** | | | **25,000.00** |
| **Best Block**<br>**700 Empire Bldg**<br>**710 N. Plankinton Ave.**<br>**Milwaukee, WI 53203** | **Best Block**<br>**700 Empire Bldg**<br>**710 N. Plankinton Ave.**<br>**Milwaukee, WI 53203** | | | **1,965.25** |
| **DeGrandshamp Farms**<br>**76241 14th Ave**<br>**South Haven, MI 49090** | **DeGrandshamp Farms**<br>**76241 14th Ave**<br>**South Haven, MI 49090** | | | **4,991.50** |
| **Eden Stone Company**<br>**PO Box 686378**<br>**Milwaukee, WI 53268** | **Eden Stone Company**<br>**PO Box 686378**<br>**Milwaukee, WI 53268** | | | **5,816.00** |
| **First Midwest Bank**<br>**16700 80th Ave.**<br>**Tinley Park, IL 60477** | **First Midwest Bank**<br>**16700 80th Ave.**<br>**Tinley Park, IL 60477** | **Revolving Line of Credit - Secured by Business Assets** | | **100,000.00**<br><br>**(0.00 secured)** |
| **Hermes Nursery**<br>**12421 Santa Fe Trail**<br>**Lenexa, KS 66215** | **Hermes Nursery**<br>**12421 Santa Fe Trail**<br>**Lenexa, KS 66215** | | | **6,780.00** |
| **Home Depot**<br>**PO Box 6029**<br>**The Lakes, NV 88901** | **Home Depot**<br>**PO Box 6029**<br>**The Lakes, NV 88901** | | | **6,267.99** |
| **Illinois Department of Revenue**<br>**Springfield, IL 62719** | **Illinois Department of Revenue**<br>**Springfield, IL 62719** | | | **3,470.77** |
| **ITA**<br>**5350 Commerce Blvd, Suite C**<br>**Rohnert Park, CA 94928** | **ITA**<br>**5350 Commerce Blvd, Suite C**<br>**Rohnert Park, CA 94928** | | | **1,741.71** |
| **Kasper Tree Farms**<br>**2151 Co. Road**<br>**Mead, NE 68041** | **Kasper Tree Farms**<br>**2151 Co. Road**<br>**Mead, NE 68041** | | | **23,755.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Peeble Creek Landscaping, Inc.** Case No.
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Len Saunoris**<br>**8547 W. Joliet Rd**<br>**Peotone, IL 60468** | **Len Saunoris**<br>**8547 W. Joliet Rd**<br>**Peotone, IL 60468** | | | **13,750.65** |
| **Lorna Vista Nursery-Kans**<br>**12905 W. 143rd Street**<br>**Olathe, KS 66062** | **Lorna Vista Nursery-Kans**<br>**12905 W. 143rd Street**<br>**Olathe, KS 66062** | | | **6,500.00** |
| **New Era**<br>**1924 Vannette Rd**<br>**Muscatine, IA 52761** | **New Era**<br>**1924 Vannette Rd**<br>**Muscatine, IA 52761** | | | **9,218.73** |
| **Rose City Transport**<br>**201 NE 2nd Ave, Suite 201**<br>**Portland, OR 97232** | **Rose City Transport**<br>**201 NE 2nd Ave, Suite 201**<br>**Portland, OR 97232** | | | **4,255.00** |
| **Russ Miller** | **Russ Miller** | | | **1,500.00** |
| **Stewart's Nursery Company**<br>**179 Stewarts Lane**<br>**Mc Minnville, TN 37110** | **Stewart's Nursery Company**<br>**179 Stewarts Lane**<br>**Mc Minnville, TN 37110** | | | **5,700.00** |
| **Sunleaf Nursery**<br>**5900 North Ridge Rd**<br>**Madison, OH 44057** | **Sunleaf Nursery**<br>**5900 North Ridge Rd**<br>**Madison, OH 44057** | | | **4,157.93** |
| **Van Bloem Gardens**<br>**500 Pirkle Ferry Rd**<br>**Suite O**<br>**Cumming, GA 30040** | **Van Bloem Gardens**<br>**500 Pirkle Ferry Rd**<br>**Suite O**<br>**Cumming, GA 30040** | | | **2,012.24** |
| **Verizon Wireless**<br>**777 Big Timber Rd**<br>**Elgin, IL 60123** | **Verizon Wireless**<br>**777 Big Timber Rd**<br>**Elgin, IL 60123** | | | **5,823.88** |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **September 17, 2010**       Signature   **/s/ Mark Holda**
                                                                                                                        **Mark Holda**
                                                                                                         **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

**B6D (Official Form 6D) (12/07)**

In re **Peeble Creek Landscaping, Inc.** , Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **312022655** <br><br> **First Midwest Bank** <br> **16700 80th Ave.** <br> **Tinley Park, IL 60477** | | - | **Security Interest** <br><br> **Revolving Line of Credit - Secured by Business Assets** <br><br> Value $ 0.00 | | | | **100,000.00** | **100,000.00** |
| Account No. **9771000** <br><br> **Republic Bank of Chicago** <br> **1510 75th Street** <br> **Darien, IL 60561** | | - | **10/20/2004** <br><br> **First Mortgage** <br><br> **13901 Lagrange Road - owned by Holda Enterprises, Inc.** <br> **Debtor is guarntor of debto** <br><br> Value $ 850,000.00 | | | | **0.00** | **0.00** |
| Account No. | | | <br><br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br><br> Value $ | | | | | |
| **_0_** continuation sheets attached | | | Subtotal (Total of this page) | | | | **100,000.00** | **100,000.00** |
| | | | Total (Report on Summary of Schedules) | | | | **100,000.00** | **100,000.00** |

In re **Peeble Creek Landscaping, Inc.** , Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

\_\_**0**\_\_ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Peeble Creek Landscaping, Inc.**, Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Arete 3 Ltd**<br>**18645 South West Creek Drive**<br>**Tinley Park, IL 60477** | | - | | | | | 6,000.00 |
| Account No.<br><br>**Atlas Bobcat**<br>**5050 N. River Rd**<br>**Schiller Park, IL 60176** | | - | | | | | 647.64 |
| Account No.<br><br>**Berton Ring** | | - | | | | | 25,000.00 |
| Account No.<br><br>**Best Block**<br>**700 Empire Bldg**<br>**710 N. Plankinton Ave.**<br>**Milwaukee, WI 53203** | | - | | | | | 1,965.25 |

__7__ continuation sheets attached

Subtotal (Total of this page)    **33,612.89**

B6F (Official Form 6F) (12/07) - Cont.

In re **Peeble Creek Landscaping, Inc.**, Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4573** <br><br> **Capitol One** <br> **PO Box 790217** <br> **Saint Louis, MO 63179** | - | | | | | | 920.42 |
| Account No. **5181** <br><br> **Captiol One** <br> **PO Box 790217** <br> **Saint Louis, MO 63179** | - | | | | | | 1,072.56 |
| Account No. <br><br> **Cingular Tracker** <br> **PO Box 6444** <br> **Carol Stream, IL 60197** | - | | | | | | 377.45 |
| Account No. <br><br> **DeGrandshamp Farms** <br> **76241 14th Ave** <br> **South Haven, MI 49090** | - | | | | | | 4,991.50 |
| Account No. <br><br> **Eden Stone Company** <br> **PO Box 686378** <br> **Milwaukee, WI 53268** | - | | | | | | 5,816.00 |

Sheet no. **1** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 13,177.93

In re **Peeble Creek Landscaping, Inc.**, Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Financial Pacific**<br>**Dept. 354**<br>**PO Box 34935**<br>**Seattle, WA 98124** | - | | | | | | 395.50 |
| Account No.<br>**Heather Farms Nursery**<br>**2961 King Rd**<br>**Morrison, TN 37357** | - | | | | | | 1,000.00 |
| Account No.<br>**Hermes Nursery**<br>**12421 Santa Fe Trail**<br>**Lenexa, KS 66215** | - | | | | | | 6,780.00 |
| Account No.<br>**Hidden Valley Nursery**<br>**PO Box**<br>**Hwy 108**<br>**Viola, TN 37394** | - | | | | | | 1,000.00 |
| Account No.<br>**Home Depot**<br>**PO Box 6029**<br>**The Lakes, NV 88901** | - | | | | | | 6,267.99 |

Sheet no. __2__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     15,443.49

B6F (Official Form 6F) (12/07) - Cont.

In re **Peeble Creek Landscaping, Inc.**, Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Home Pages**<br>**915 E. Lincoln Hwy.**<br>**Dekalb, IL 60115** | - | | | | | | 300.00 |
| Account No.<br>**Illinois Department of Revenue**<br>**Springfield, IL 62719** | - | | | | | | 3,470.77 |
| Account No.<br>**ITA**<br>**5350 Commerce Blvd, Suite C**<br>**Rohnert Park, CA 94928** | - | | | | | | 1,741.71 |
| Account No.<br>**JS Paluch Company Inc.**<br>**PO Box 2703**<br>**Schiller Park, IL 60176** | - | | | | | | 200.00 |
| Account No.<br>**Kasper Tree Farms**<br>**2151 Co. Road**<br>**Mead, NE 68041** | - | | | | | | 23,755.00 |

Sheet no. __3__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **29,467.48**

B6F (Official Form 6F) (12/07) - Cont.

In re **Peeble Creek Landscaping, Inc.**, Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Len Saunoris**<br>**8547 W. Joliet Rd**<br>**Peotone, IL 60468** | - | | | | | | 13,750.65 |
| Account No.<br>**Level 5**<br>**47 S. Pennsylvania, Suite 600**<br>**Indianapolis, IN 46204** | - | | | | | | 1,500.00 |
| Account No.<br>**Lorna Vista Nursery-Kans**<br>**12905 W. 143rd Street**<br>**Olathe, KS 66062** | - | | | | | | 6,500.00 |
| Account No.<br>**Meade Electric Company**<br>**9550 W. 55th St., Suite A**<br>**McCook, IL 60525** | - | | | | | | 1,500.00 |
| Account No.<br>**Midwest Suburban**<br>**PO Box 757**<br>**Tinley Park, IL 60477** | - | | | | | | 1,149.15 |

Sheet no. **4** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    24,399.80

B6F (Official Form 6F) (12/07) - Cont.

In re **Peeble Creek Landscaping, Inc.**, Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**New Era**<br>**1924 Vannette Rd**<br>**Muscatine, IA 52761** | - | | | | | | 9,218.73 |
| Account No.<br>**NuWay Disposal Service**<br>**PO Box 9**<br>**Mokena, IL 60448** | - | | | | | | 508.50 |
| Account No.<br>**Pitney Bowes**<br>**PO Box 856042**<br>**Louisville, KY 40285** | - | | | | | | 1,121.60 |
| Account No.<br>**PVS**<br>**4801 W. Peterson, Suite 606**<br>**Chicago, IL 60646** | - | | | | | | 300.00 |
| Account No.<br>**Quill**<br>**PO Box 94081**<br>**Palatine, IL 60094** | - | | | | | | 280.04 |

Sheet no. __5__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 11,428.87

B6F (Official Form 6F) (12/07) - Cont.

In re **Peeble Creek Landscaping, Inc.**  ,   Case No. _____
  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Robinson Consumer**<br>**Po Box 46**<br>**6579 South Huron River Dr.**<br>**South Rockwood, MI 48179** | - | | | | | | 350.68 |
| Account No.<br>**Rose City Transport**<br>**201 NE 2nd Ave, Suite 201**<br>**Portland, OR 97232** | - | | | | | | 4,255.00 |
| Account No.<br>**Russ Miller** | - | | | | | | 1,500.00 |
| Account No.<br>**Stewart's Nursery Company**<br>**179 Stewarts Lane**<br>**Mc Minnville, TN 37110** | - | | | | | | 5,700.00 |
| Account No.<br>**Sunleaf Nursery**<br>**5900 North Ridge Rd**<br>**Madison, OH 44057** | - | | | | | | 4,157.93 |

Sheet no. __6__ of __7__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)    **15,963.61**

B6F (Official Form 6F) (12/07) - Cont.

In re **Peeble Creek Landscaping, Inc.**,     Case No. _____
                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**The Regional News**<br>**12243 S. Harlem Ave**<br>**Palos Heights, IL 60463** | - | | | | | | 1,175.40 |
| Account No.<br>**Van Bloem Gardens**<br>**500 Pirkle Ferry Rd**<br>**Suite O**<br>**Cumming, GA 30040** | - | | | | | | 2,012.24 |
| Account No.<br>**Verizon Wireless**<br>**777 Big Timber Rd**<br>**Elgin, IL 60123** | - | | | | | | 5,823.88 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __7__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **9,011.52**

Total (Report on Summary of Schedules)     **152,505.59**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

Aaron Bryant Stewart & Cross
326 S. Wilmot Rd
Tucson, AZ 85731


Arete 3 Ltd
18645 South West Creek Drive
Tinley Park, IL 60477


Atlas Bobcat
5050 N. River Rd
Schiller Park, IL 60176


Baker & Miller, PC
29 N. Wacker Dr., 5th Floor
Chicago, IL 60606


Balboa Capital


Berton Ring


Best Block
700 Empire Bldg
710 N. Plankinton Ave.
Milwaukee, WI 53203


Capitol One
PO Box 790217
Saint Louis, MO 63179


Captiol One
PO Box 790217
Saint Louis, MO 63179


Cingular Tracker
PO Box 6444
Carol Stream, IL 60197


CST
PO Box 33127
Louisville, KY 40232

```
DeGrandshamp Farms
76241 14th Ave
South Haven, MI 49090


Eden Stone Company
PO Box 686378
Milwaukee, WI 53268


Financial Pacific
Dept. 354
PO Box 34935
Seattle, WA 98124


First Midwest Bank
16700 80th Ave.
Tinley Park, IL 60477


Fleetmatics


Heather Farms Nursery
2961 King Rd
Morrison, TN 37357


Hermes Nursery
12421 Santa Fe Trail
Lenexa, KS 66215


Hidden Valley Nursery
PO Box
Hwy 108
Viola, TN 37394


Home Depot
PO Box 6029
The Lakes, NV 88901


Home Pages
915 E. Lincoln Hwy.
Dekalb, IL 60115


Illinois Department of Revenue
Springfield, IL 62719
```

```
ITA
5350 Commerce Blvd, Suite C
Rohnert Park, CA 94928


JS Paluch Company Inc.
PO Box 2703
Schiller Park, IL 60176


Kasper Tree Farms
2151 Co. Road
Mead, NE 68041


Krona & Moss
120 W. Madison
Chicago, IL 60602


Len Saunoris
8547 W. Joliet Rd
Peotone, IL 60468


Level 5
47 S. Pennsylvania, Suite 600
Indianapolis, IN 46204


Lorna Vista Nursery-Kans
12905 W. 143rd Street
Olathe, KS 66062


Meade Electric Company
9550 W. 55th St., Suite A
McCook, IL 60525


Midwest Suburban
PO Box 757
Tinley Park, IL 60477


New Era
1924 Vannette Rd
Muscatine, IA 52761


NuWay Disposal Service
PO Box 9
Mokena, IL 60448
```

Phillip Clemans
118 East Main Street
Mc Minnville, TN 37110


Pitney Bowes
PO Box 856042
Louisville, KY 40285


PVS
4801 W. Peterson, Suite 606
Chicago, IL 60646


Quill
PO Box 94081
Palatine, IL 60094


Republic Bank of Chicago
1510 75th Street
Darien, IL 60561


RMS
PO Box 723001
Atlanta, GA 31139


Robinson Consumer
Po Box 46
6579 South Huron River Dr.
South Rockwood, MI 48179


Rose City Transport
201 NE 2nd Ave, Suite 201
Portland, OR 97232


Ruff Weidenaar & Reidy Ltd.
222 North LaSalle #700
Chicago, IL 60601


Russ Miller



Stewart's Nursery Company
179 Stewarts Lane
Mc Minnville, TN 37110

```
Sunleaf Nursery
5900 North Ridge Rd
Madison, OH 44057


The Regional News
12243 S. Harlem Ave
Palos Heights, IL 60463


Van Bloem Gardens
500 Pirkle Ferry Rd
Suite O
Cumming, GA 30040


Verizon Wireless
777 Big Timber Rd
Elgin, IL 60123
```